# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 529

6 Nov 2006

126530-1

MICHIGAN CHIROPRACTIC COUNCIL,
MICHIGAN CHIROPRACTIC SOCIETY,
      Petitioners-Appellees,

v

COMMISSIONER OF THE OFFICE OF
FINANCIAL AND INSURANCE SERVICE,
      Respondent,
and

FARMERS INSURANCE EXCHANGE and
MID-CENTURY INSURANCE COMPANY,
      Intervenors-Respondents-Appellants.
_____

SC: 126530-1
COA: 241870, 241874
Ingham CC: 01-093481-AA

In this cause, a motion for rehearing is considered and it is DENIED.

Weaver and Markman, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2006

_____
Clerk